Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Tevisch7trustee@sbcglobal.net
(925) 228-0120
(925) 228-0526 fax



FILED
JAN - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
JAN 1 8 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re:                                          Case No. 08-47795 N7

                                                Chapter 7

Oakland Licensed Day Care Operators,
                                                NOTICE OF UNCLAIMED DIVIDENDS


_____Debtor._____/


TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the court, unclaimed dividends in the amount of $488.96. The Names(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 10 | June Regis<br>5105 Rowe Drive<br>Fairfield, CA 94533 | $488.96 | $488.96 |

Total Dividend Amount                                             $488.96

Dated: January 3, 2011

Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee

-1-

Case: 08-47795   Doc# 23   Filed: 01/07/11   Entered: 01/19/11 16:35:52   Page 1 of 1